Certificate Number: 14912-PAM-DE-032420558

Bankruptcy Case Number: 18-05295


14912-PAM-DE-032420558

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 11, 2019</u>, at <u>9:07</u> o'clock <u>AM EDT</u>, <u>Jacob Herber</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 11, 2019</u>       By:   <u>/s/Jai Bhatt</u>

                          Name: <u>Jai Bhatt</u>

                          Title: <u>Counselor</u>