```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 18-05295-RNO
Jacob Herber                                                    Chapter 7
Jodi Herber
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: DDunbar          Page 1 of 1           Date Rcvd: Apr 11, 2019
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
5142611        +Palisades Collection, LLC,   c/o Michael F. Ratchford, Esq.,   409 Lackawanna Avenue, Ste. 3C,
                Scranton, PA 18503-2059

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Mark J. Conway    on behalf of Debtor 1 Jacob  Herber info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Mark J. Conway    on behalf of Debtor 2 Jodi  Herber info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 5-18-05295 |
| **JACOB HERBER** and : | |
| **JODI HERBER,** : | CHAPTER 7 |
| Debtors : | |
| **JODI HERBER** : | |
| : | |
| MOVANT, : | |
| VS. : | |
| : | MOTION TO AVOID LIEN |
| **PALISADES COLLECTION, LLC** : | |
| : | |
| RESPONDENT. : | |

## ORDER

**UPON CONSIDERATION** of the Debtor's Motion to Avoid Nonpossessory Nonpurchase Money Judgment Lien in the above-captioned matter, and after notice to all parties entitled to notice, no objection or answer being received, judgment is hereby entered in favor of the Debtor and against the Respondent, Palisades Collection, LLC, and the money judgment of Palisades Collection, LLC entered in the Lackawanna County Court of Common Pleas at No. 2003-CV-3918 against the Debtor Jodi Herber in the amount of $12,373.63 on January 30, 2015 is hereby avoided and shall be marked satisfied, released and terminated.

Dated: April 10, 2019                    By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (DG)